# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Frances Salazar,

        Plaintiff,

v.

City of Phoenix, et al.,

        Defendants.

No. CV-19-01188-PHX-SRB (ESW)

**ORDER**

    The Court has considered the parties' Stipulated Motion to Extend Deadline to Complete Fact Discovery to Complete Five Depositions-And-For Final Supplementation of MIDP Responses (Doc. 172). Good cause appearing,

    IT IS ORDERED granting the Stipulated Motion to Extend Deadline to Complete Fact Discovery to Complete Five Depositions-And-For Final Supplementation of MIDP Responses (Doc. 172). The deadline for completing the depositions of Frances Salazar, Jeri Williams, Samantha Dumond, Rodney McCullough, and Antonio Harris is extended to **November 19, 2021**. The deadline for final supplementation of MIDP responses is extended to **November 19. 2021**. All other case deadlines, including the **January 21, 2022** dispositive motion deadline, are affirmed.

    Dated this 18th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge