David J. Bodney (006065)
bodneyd@ballardspahr.com
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorney for Scripps Media, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et. al.,<br><br>Defendants. | Case No. 2:19-CV-01188-PHX-SRB (ESW)<br><br>**DECLARATION OF DAVID J. BODNEY IN SUPPORT OF SCRIPPS MEDIA, INC.'S (1) RESPONSE IN OPPOSITION TO CITY DEFENDANTS' MOTION TO COMPEL, (2) MOTION FOR PROTECTIVE ORDER, AND (3) REQUEST FOR ORDER REQUIRING CITY DEFENDANTS TO PAY ABC15'S REASONABLE EXPENSES INCURRED** |

I, David J. Bodney, declare as follows:

1.   I am counsel of record for Scripps Media, Inc. ("Scripps") in the above-captioned case.  Scripps Media, Inc. owns and operates KNXV-TV, the local ABC television network affiliate station in Phoenix, and publishes abc15.com ("ABC15").  I submit this Declaration in support of ABC15's (1) Response in Opposition to City Defendants' Motion to Compel, and (2) Motion for Protective Order.

2.   On March 29, 2021, Defendants City of Phoenix, Chief Jeri Williams, Retired Chief Joseph Yahner and Retired Officer Anthony Armour (the "City") served ABC15 with a Subpoena Duces Tecum (the "Subpoena") requesting production of (i) "[f]ull and complete, unedited copies of all video and audio recordings of any interviews of Frances Salazar by reporter Dave Biscobing of ABC 15 News or by any other employee of ABC 15 News or Scripps Media, Inc." and (ii) "[f]ull and complete, unedited copies of

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

all video and audio recordings of any interviews by reporter Dave Biscobing of ABC 15 News or by any other employee of ABC 15 News or Scripps Media, Inc. of Benjamin L. Rundall and Christopher Doran that concern, relate to or mention Frances Salazar." A true and correct copy of the Subpoena is attached hereto as **Exhibit A**.

3.      On April 5, 2021, ABC15 sent the City an objection to the Subpoena (the "April 5 Objection") on the basis that the requested materials were protected by the journalist's privilege under applicable Ninth Circuit authority, specifically *Shoen v. Shoen*, 48 F.3d 412 (9th Cir. 1995). A true and correct copy of the April 5 Objection is attached hereto as **Exhibit B**.

4.      On May 12, 2021, the City sent a letter to ABC15 via email (the "May 12 Letter") reiterating its request for the materials set forth in the Subpoena. The City cited a case from the Northern District of Illinois, *Tate v. Chicago*, 2020 WL 4437853 (N.D. Ill. Aug. 3, 2020), in support of its request. A true and correct copy of the May 12 Letter is attached hereto as **Exhibit C**.

5.      On June 1, 2021, I had a phone call with the City's counsel, Jody Corbett, and explained that their cited authority is inapplicable because the Seventh Circuit has expressly taken a more narrow view of the journalist's privilege than the Ninth Circuit. In other words, the City would need to satisfy the law of this Circuit, and it could not.

6.      On July 7, 2021, I had another phone call with the City's counsel, Ms. Corbett, wherein I reiterated my client's unwillingness to produce unpublished work product in response to the Subpoena in this case. Again, I reminded Defendants' counsel that their Seventh Circuit authority does not reflect the applicable legal standard in this jurisdiction. I offered to meet and confer with Ms. Corbett and her colleague, Lori Berke, to avoid needless satellite litigation in this civil matter.

7.      Having heard nothing further from the City about the matter for nearly three months, I assumed the matter was behind us.

8.      On Sunday, October 3, 2021, the City sent ABC15 another letter via email (the "October 3 Letter") reiterating its request for the materials set forth in the Subpoena.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

The City's October 3 Letter called for a response by Tuesday, October 5, 2021, otherwise the City would file a motion to compel. A true and correct copy of the October 3 Letter is attached hereto as **Exhibit D**.

9.      On October 5, 2021, I sent an email to the City's counsel (the "October 5 Email") reiterating ABC15's position that the requested materials are privileged as a matter of law in these circumstances and suggesting that the City explain its sudden resurgence of interest in this matter before needlessly imposing litigation expenses on a third party. No further explanation was forthcoming from the City's lawyers; only a Motion to Compel, which arrived by email at 11:13 p.m. that evening. A true and correct copy of the October 5, 2021 Email is attached hereto as **Exhibit E**. After more than six months of dialogue with the City's counsel, including the past few months of the City's silence until its October 3 Letter, ABC15 is still unaware of any particular *information* sought by the City, its relevance to an important issue in the case, or of the City's attempt to "exhaust" alternative sources of such information. To date, the City has not specified in any communication *why* it *needs* any such information, other than an abstract desire to challenge another party's credibility.

10.      I declare the foregoing is true under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on this 19th day of October, 2021.

/s/ David J. Bodney
David J. Bodney

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400