**EXHIBIT E**

# Lay, Kennison C. (PHX)

| | |
|---|---|
| **From:** | Bodney, David J. (PHX) |
| **Sent:** | Tuesday, October 5, 2021 2:45 PM |
| **To:** | Kelley, Matthew E. (DC); Lay, Kennison C. (PHX) |
| **Cc:** | Kinsey, Christina (PHX) |
| **Subject:** | FW: Salazar v. City of Phoenix, et al. |
| **Attachments:** | Bodney from Corbett (10-03-21) (Subpoena to Scripps).pdf |

FYI / FTF

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr LLP**          Diversity+Inclusion

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

-------------------------------

www.ballardspahr.com

---

**From:** Bodney, David J. (PHX)
**Sent:** Tuesday, October 5, 2021 2:45 PM
**To:** 'Jody Corbett' <Jody@berkelawfirm.com>
**Subject:** FW: Salazar v. City of Phoenix, et al.

Dear Jody:

On behalf of Scripps Media, Inc. ("ABC 15"), I write in response to the email you sent me last Sunday afternoon, Oct. 3.

Your email called for a response by the following Tuesday, Oct. 5 (today), and said that my client's refusal to produce its privileged work product to you and your clients would result in your filing of a motion to compel.

Suffice it to say, having heard nothing from you about the matter since last July, I assumed you understood the impropriety of moving to compel the disclosure of such material and making my client incur the legal expenses of litigating the issue. The two district court cases contained in your email on Sunday do nothing to refute the privilege as articulated by the Ninth Circuit in *Shoen I and II*, especially as applied to the facts of the civil action at hand.

1

**My client's reliance on its First Amendment privilege, as applied by the Ninth Circuit in *Shoen* and other courts over the past 25 years, has not changed since Scripps replied in writing to your subpoena last April – a subpoena that was issued last March, over six months ago.**

**Your letter does not say what has caused your sudden resurgence of interest in a matter you dropped two months ago.  I suggest you provide that information before imposing litigation expenses on a third party whose materials you seek are privileged as a matter of law.**

**Best,**

**David**

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr** LLP    Diversity+Inclusion

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

---

**From:** Jody Corbett <Jody@berkelawfirm.com>
**Sent:** Sunday, October 3, 2021 1:59 PM
**To:** Bodney, David J. (PHX) <BodneyD@ballardspahr.com>
**Cc:** Lori Berke <Lori@berkelawfirm.com>; Laine Roberts <Laine@berkelawfirm.com>
**Subject:** Salazar v. City of Phoenix, et al.

⚠ **EXTERNAL**

Hi David—

See the attached letter.

Thank you,
Jody

2



*******************PRIVATE AND CONFIDENTIAL*******************

This electronic message transmission and any files transmitted with it, are a communication from Berke Law Firm, PLLC. This message contains information protected by the attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient or Berke Law Firm, PLLC. This information is solely for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone (602-254-8800) or by reply email and promptly destroy the original transmission. Thank you for your assistance.