Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually,<br><br>　　　　Plaintiff,<br>　vs.<br>City of Phoenix, et. al.,<br>　　　　Defendants. | Case No. 2:19-CV-01188-PHX-SRB (ESW)<br><br>**[PROPOSED] ORDER** |

On March 29, 2021, Defendants City of Phoenix, Chief Jeri Williams, Retired Chief Joseph Yahner and Retired Officer Anthony Armour (the "City") issued a subpoena to Scripps Media, Inc. ("ABC15"). The subpoena sought production of ABC15's unedited video and audio recordings of its interviews of Plaintiff Frances Salazar and two of her attorneys (collectively, the "Requested Materials"). Pursuant to Rule 45 of the Federal Rules of Civil Procedure, ABC15 responded to the Subpoena with an objection contending, among other things, that the Requested Materials are protected by the journalist's privilege under the First Amendment and related Ninth Circuit precedent. On October 5, 2021, the City filed a Motion to Compel Scripps Media, Inc. to Respond to Subpoena (the "Motion to Compel"). On October 18, 2021, ABC15 filed Scripps Media, Inc.'s (1) Response to City Defendants' Motion to Compel (the "Response to the Motion to Compel"), (2) Motion for Protective Order (the "Motion for Protective Order") and (3) Request for Order Requiring City Defendants to Pay ABC15's Reasonable Expenses Incurred (the "Fees

Request"). Having considered the City's Motion to Compel, Scripps Media, Inc.'s (1) Response to the Motion to Compel, (2) Motion for Protective Order, and (3) Fees Request, and all supporting exhibits and declarations, and good cause appearing,

**IT IS ORDERED:**

(1) the Motion to Compel is **DENIED;**

(2) the Motion for Protective Order is **GRANTED;**

(3) Defendants are prohibited from discovering the Requested Materials from ABC15 because they are subject to the qualified journalist's privilege under the First Amendment, and Defendants have not met their burden of overcoming that privilege in these circumstances as a matter of law; and

(4) Scripps' Fees Request is **GRANTED,** to the extent Scripps Media, Inc. submits an application for payment of its reasonable expenses, including attorneys' fees, within 21 days of entry of this Order, subject to this Court's review and approval of that application.

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

2