Lori V. Berke (#015628)
Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
jody@berkelawfirm.com
Attorneys for Defendants City of Phoenix,
   Chief Jeri Williams, Retired Chief Joseph
   Yahner, and Anthony Armour

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>            Defendants. | Case No. 2:19-cv-01188-PHX-SRB (ESW)<br><br>**CITY DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO COMPEL SCRIPPS MEDIA, INC. TO RESPOND TO SUBPOENA** |

     Defendants City of Phoenix, Chief Jeri Williams, Retired Chief Joseph Yahner, and Retired Officer Anthony Armour ("City Defendants"), through undersigned counsel, move for leave of Court to exceed the eleven (11) page limitation for replies by four (4) pages for their Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena. These additional pages are necessary because not only are the City Defendants addressing the arguments made by Scripps Media, Inc. in its response to the Motion to Compel, they are also responding to Scripps Media, Inc.'s request for a protective order and request for attorneys' fees, which is essentially an additional motion and requires four additional pages. For the foregoing reasons, Defendants respectfully request that this Court allow them to exceed the page limit for their Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to

1

Subpoena by four (4) pages, and that their Reply may be fifteen (15) pages of text in length (exclusive of caption, signatures and certificates).

The proposed Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena is lodged concurrently herewith and a proposed Order permitting the Reply to exceed the page limit is attached pursuant to LRCiv 7.1(b)(2).

DATED this 26th day of October, 2021.

BERKE LAW FIRM, PLLC

By   s/ Jody C. Corbett
Lori V. Berke
Jody C. Corbett
Attorneys for Defendants City of Phoenix, Chief Jeri Williams, Retired Chief Joseph Yahner and Anthony Armour

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Benjamin L. Rundall
Abbie Godles
rundall@honorlawgroup.com
godles@honorlawgroup.com

Maxine S. Mak
Angela Lane
makm@mcao.maricopa.gov
lanea01@mcao.maricopa.gov

David J. Bodney
Matthew E. Kelley
bodneyd@ballardspahr.com
kelleym@ballardspahr.com
Counsel for Scripps Media, Inc.

  s/ Jody C. Corbett

2