IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually, | |
| Plaintiff, | Case No. 2:19-cv-01188-PHX-SRB (ESW) |
| vs. | |
| City of Phoenix, a political subdivision of the state of Arizona; Jeri Williams, Acting Chief of Police for the City of Phoenix Police Department; Joe Yahner, former Chief of Police for the City of Phoenix Police Department; Anthony Armour, a married man; Maricopa County, a political subdivision of the state of Arizona; Bill Montgomery, Elected head of the Maricopa County Attorney's Office; Elizabeth Lake, Prosecutor with the Maricopa County Attorney's Office; Black and White Companies or Entities I-X and Jane and John Does 1-10, | **ORDER** |
| Defendants. | |

The Court, having reviewed the City Defendants' Motion to Exceed the Page Limit for Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena (Doc. ___), and good cause appearing,

1

IT IS HEREBY ORDERED granting the motion.  The City Defendants may exceed the page limitation by four (4) pages and their Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena may be fifteen (15) pages of text in length (exclusive of caption, signatures and certificates).

IT IS FURTHER ORDERED that the Clerk of Court shall file the City Defendants' Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena (lodged at Doc.   ).