# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, | No. CV-19-01188-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has considered City Defendants' Motion to Exceed the Page Limit for Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena (Doc. 180). Good cause appearing,

IT IS ORDERED granting City Defendants' Motion to Exceed the Page Limit for Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena (Doc. 180). The Clerk of Court is directed to file Defendants' "Lodged Proposed Reply in Support of Motion to Compel Scripps Media, Inc. to Respond to Subpoena" lodged October 26, 2021.

Dated this 27th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge