**HONOR LAW GROUP, PLLC**
Benjamin L. Rundall, State Bar No. 031661
Abbie L. Godles, State Bar No. 036003
4450 S. Rural Rd., Suite C-220
Tempe, AZ 85282
(602) 282-0223
Attorney E-mail: rundall@honorlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually, <br><br> Plaintiff, <br><br> vs. <br><br> City of Phoenix, et al., <br><br> Defendants. | Case No. CV-19-01188-PHX-SRB (ESW) <br><br> **PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO CITY DEFENDANTS' MOTION TO COMPEL WITNESS RODNEY McCULLOUGH TO APPEAR FOR CONTINUED DEPOSITION** |

Plaintiff Frances Salazar ("Plaintiff") respectfully requests the deadline for her to file a response to City Defendants' Motion to Compel Witness Rodney McCullough to Appear for Continued Deposition be extended until **November 8, 2021**. Good cause exists to extend this deadline because undersigned counsel has been addressing existing obligations in other matters. Plaintiff emailed City Defendants' counsel directly requesting this extension and City Defendants responded that they would only agree to a one-day extension. *See* **Exhibit 1 – Email Chain between B. Rundall and J. Corbett.** A proposed order is lodged herewith pursuant to Local Rule of Civil Procedure 7.1(b)(2).

RESPECTFULLY SUBMITTED this 1st day of November, 2021.

/ / /

**HONOR LAW GROUP, PLLC**

By */s/ Benjamin L. Rundall*
Benjamin L. Rundall, Esq.
4450 S. Rural Rd., Suite C-220
Tempe, AZ 85282
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 522
401 W. Washington St., SPC 50
Phoenix, AZ 85003-2153

Honorable Eileen S. Willett
Magistrate Judge
United States District Court
401 W. Washington St., SPC 13
Phoenix, AZ 85003-2153

Maxine S. Mak, Esq.
Angela Lane, Esq.
Maricopa County Attorney's Office – Civil Division
222 N. Central Ave., Suite 1100
Phoenix, AZ 85004
*Attorneys for Elizabeth Lake*

Lori V. Berke, Esq.
Jody C. Corbett
Berke Law Firm, PLLC
1601 N. 7th St., Suite 360
Phoenix, AZ 85006
*Attorneys for City Defendants*

*/s/ ALG*

# EXHIBIT 1



Abbie Godles <godles@honorlawgroup.com>

## Salazar v. City of Phoenix, et al.
4 messages

**Jody Corbett** <Jody@berkelawfirm.com>  Mon, Nov 1, 2021 at 11:57 AM
To: Benjamin Rundall <rundall@honorlawgroup.com>, Abbie Godles <godles@honorlawgroup.com>
Cc: Lori Berke <Lori@berkelawfirm.com>, Laine Roberts <Laine@berkelawfirm.com>

Hi Ben and Abbie—

Attached Joint Motion for Discovery Dispute Resolution that we drafted for you to add Plaintiff's position regarding the issues. Please get your additions back to us so we can get it filed. We will send the referenced exhibits for your review later today.

Thank you,

Jody



********************PRIVATE AND CONFIDENTIAL********************

This electronic message transmission and any files transmitted with it, are a communication from Berke Law Firm, PLLC. This message contains information protected by the attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient or Berke Law Firm, PLLC. This information is solely for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone (602-254-8800) or by reply email and promptly destroy the original transmission. Thank you for your assistance.

📄 **Joint Motion for Discovery Dispute Resolution (11-01-21).docx**
63K

**Benjamin Rundall** <rundall@honorlawgroup.com>     Mon, Nov 1, 2021 at 2:54 PM
To: Jody Corbett <Jody@berkelawfirm.com>
Cc: Abbie Godles <godles@honorlawgroup.com>, Lori Berke <Lori@berkelawfirm.com>, Laine Roberts <Laine@berkelawfirm.com>

Jody,

I will try to get to this tomorrow and look forward to your exhibits later today.

Can you let me know if you will agree to our request for a brief extension to respond to the City's MTC? If the City will not stipulate, no problem. I will file the request as opposed.

Kind regards,
Ben

[Quoted text hidden]

--
Benjamin L. Rundall, Esq.
Honor Law Group, PLLC
4450 S. Rural Road
Suite C-220
Tempe, Arizona 85282-7020
Phone: (602) 282-0223 (Ext. 2)
Fax: 1-888-651-1270

---

**Jody Corbett** <Jody@berkelawfirm.com>     Mon, Nov 1, 2021 at 4:12 PM
To: Benjamin Rundall <rundall@honorlawgroup.com>, Abbie Godles <godles@honorlawgroup.com>
Cc: Lori Berke <Lori@berkelawfirm.com>, Laine Roberts <Laine@berkelawfirm.com>

Hi Ben and Abbie—

As you know, we routinely agree to requested extensions from opposing counsel. However, regarding the Motion to Compel Witness Rodney McCullough to Appear for Continued Deposition, we asked for expedited ruling on the motion because the close of fact discovery is November 19, 2021. If we agree to a five-day extension for Plaintiff to file her response, we might not be able to complete the deposition before the close of fact discovery. Therefore, we will agree to a one-day extension for Plaintiff to file her Response, but cannot agree to a further extension under the circumstances.

Also, regarding witness Antonio Harris, please let us know by tomorrow if you intend to pursue compelling him to appear for a continued deposition. If not, we will advise the Court Reporter that his deposition has been completed, and we will send the transcript to Mr. Harris to give him the opportunity to read and sign.

Thank you,

Jody

[Quoted text hidden]

---

**Benjamin Rundall** <rundall@honorlawgroup.com>     Mon, Nov 1, 2021 at 4:15 PM
To: Jody Corbett <Jody@berkelawfirm.com>
Cc: Abbie Godles <godles@honorlawgroup.com>, Lori Berke <Lori@berkelawfirm.com>, Laine Roberts <Laine@berkelawfirm.com>

Hi Jody,

Thank you for your response. I will not be able to get the motion finished by end of the day tomorrow. I will note your opposition and attach this email for the Court's review of the matter. I will be in touch regarding Mr. Harris.

Kind regards,
Ben

[Quoted text hidden]