IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, | No. CV-19-01188-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion to Extend Time to File Response to City Defendants' Motion to Compel Witness Rodney McCullough to Appear for Continue Deposition (Doc. 186). Good cause appearing,

IT IS ORDERED granting Plaintiff's Motion to Extend Time to File Response to City Defendants' Motion to Compel Witness Rodney McCullough to Appear for Continue Deposition (Doc. 186). Plaintiff shall file a response to Defendants' Motion to Compel Witness Rodney McCullough to Appear for Continued Deposition (Doc. 173) no later than **November 8, 2021**.

Dated this 2nd day of November, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge