IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-19-01188-PHX-SRB (ESW)<br><br>**ORDER** |

The Court has reviewed the parties' "Joint Motion for Discovery Dispute Resolution" (Doc. 189) that requests rulings on four discovery disputes.

## **I. DISCUSSION**

### **A. Discovery Regarding Plaintiff's Social Security Disability, Plaintiff's Counseling Records, and Plaintiff's Use of Drugs Prior to Her Arrest**

On February 28, 2020, the Court issued a Case Management Order setting forth pretrial deadlines. (Doc. 47). The discovery deadline was set for February 5, 2021. (*Id.* at 3). The Court's Case Management Order states: "The discovery deadline concludes . . . the time for the Court to resolve all discovery disputes . . . ." (*Id.* at 3 n.4). The Order further states that "[a]bsent extraordinary circumstances, the Court will *not* entertain fact discovery disputes after the deadline for completion of fact discovery . . . ." (*Id.* at 4) (emphasis in original). The Court granted subsequent requests to extend case deadlines, including the discovery deadline. On September 16, 2021, the Court further extended the deadline for completing fact discovery to October 15, 2021. (Doc. 146 at 2). On October

15, 2021, the parties filed a Stipulation Motion "request[ing] that the deadline for the parties to complete fact discovery for the purpose of completing the depositions of Plaintiff Frances Salazar, Defendant Jeri Williams, witness Samantha Dumond, witness Rodney McCullough, and witness Antonio Harris, and for final supplementation of MIDP Responses be extended to November 19, 2021." (Doc. 172 at 3). The Court's Order granting the Joint Motion states:

> The deadline for completing the depositions of Frances Salazar, Jeri Williams, Samantha Dumond, Rodney McCullough, and Antonio Harris is extended to **November 19, 2021**. The deadline for final supplementation of MIDP responses is extended to **November 19, 2021**. All other case deadlines, including the **January 21, 2022** dispositive motion deadline, are affirmed.

(Doc. 173). City Defendants' requests for resolution of discovery disputes concerning Plaintiff's Social Security disability, counseling records, and use of drugs prior to Plaintiff's arrest are untimely as the deadline for completing discovery, except for certain depositions, expired on October 15, 2021. The requests for discovery dispute resolution on these topics are denied. *See, e.g.*, *Gerawan Farming, Inc. v. Rehrig Pacific Company*, No. 1: 11–cv–01273–LJO–BAM, 2013 WL 492103, at *6 (E.D. Cal. Feb. 8, 2013) (denying as untimely motions to compel discovery that became fully briefed on the last day of discovery, explaining that "[b]y noticing the hearings on their respective Motions to Compel for the last day of discovery, the Court is without the means to provide any effective relief prior to the discovery cutoff.[] The Court would be ordering discovery be conducted after the discovery cutoff date.").

### B. Plaintiff's Request to Reopen Chief Williams' Deposition

Plaintiff deposed City of Phoenix Police Department Chief Jeri Williams on October 27, 2021. (Doc. 189-1 at 88). Plaintiff seeks to ask Defendant Williams additional questions concerning other investigations into the City of Phoenix Police Department for potential constitutional violations which may support Plaintiff's own claims against the City. (Doc. 189 at 12).

Federal Rule of Civil Procedure 30(a)(2)(A)(ii) requires a party to obtain leave in

order to reopen a deposition. Whether to re-open a deposition lies within the court's discretion. *Couch v. Wan*, No. 08–1621, 2012 WL 4433470, at *3 (E.D. Cal. Sept. 24, 2012) (citing *Dixon v. Certainteed Corp.*, 164 F.R.D. 685, 690 (D. Kan. 1996)). The Advisory Committee Notes to the 2000 Amendments to Rule 30 explain that "[t]he party seeking a court order to extend the examination, or otherwise alter the limitations, is expected to show good cause to justify such an order." The Court does not find that Plaintiff has shown good cause to reopen the deposition of Defendant Williams.

## II.  CONCLUSION

Based on the foregoing,

**IT IS ORDERED** denying the requests set forth in the parties' "Joint Motion for Discovery Dispute Resolution" (Doc. 189).

Dated this 18th day of November, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge