# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, | No. CV-19-01188-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has reviewed City Defendants'[1] "Motion to Compel Witness Rodney McCullough to Appear for Continued Deposition" (Doc. 173), Plaintiff's Response (Doc. 188), and City Defendants' Reply (Doc. 191). After considering the factors set forth in Federal Rule of Civil Procedure 26(b)(1), the Court does not find that compelling the continued deposition of Rodney McCullough is proportional to the needs of the case. Accordingly,

**IT IS ORDERED** denying City Defendants' "Motion to Compel Witness Rodney McCullough to Appear for Continued Deposition" (Doc. 173).

Dated this 18th day of November, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge

---

[1] City Defendants include Defendants City of Phoenix, Jeri Williams, Joseph Yahner, and Anthony Armour.