Lori V. Berke (#015628)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
Attorneys for Defendants City of Phoenix,
   and Officer Anthony Armour

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Frances Salazar, individually,<br><br>Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>Defendants. | Case No. 2:19-cv-01188-PHX-SRB (ESW)<br><br>**NOTICE OF APPPEAL OF DEFENDANTS CITY OF PHOENIX AND OFFICER ANTHONY ARMOUR** |

Notice is hereby given that Defendants City of Phoenix and Officer Anthony Armour (hereafter "City Defendants"), through undersigned counsel and pursuant to Fed. R. App. P. 3 and 4 and 28 U.S.C. § 1291 and the collateral order doctrine, appeal to the United States Court of Appeals for the Ninth Circuit from the Order denying City Defendants' Motion for Summary Judgment (Doc. 237), including the denial of qualified immunity as to Plaintiff's claim under 42 U.S.C. § 1983, and any inextricably intertwined rulings therein, specifically including the denial of summary judgment as to Plaintiff's *Monell* failure-to-adequately-train/supervise claim. The Order denying Defendant Anthony Armour's assertion of qualified immunity as to Plaintiff's 42 U.S.C. § 1983 claim is immediately appealable pursuant to *Ashcroft v. Iqbal*, 556 U.S. 662, 672 (2009), *Mitchell v. Forsyth*, 472 U.S. 511 (1985), and *Chuman v. Wright*, 960 F.2d 104 (9th Cir. 1992).

1

This Court may also exercise jurisdiction over the denial of summary judgment as to the *Monell* failure-to-adequately-train/supervise claim, inasmuch as a ruling by this Court that Plaintiff failed to demonstrate that she was deprived of her constitutional right to due process would foreclose the possibility of Defendant City of Phoenix's § 1983 liability. As such, the issues are inextricably intertwined. *See, e.g., Huskey v. City of San Jose*, 204 F.3d 893, *905 (2000) (exercising jurisdiction to address *Monell* claim in appeal from denial of qualified immunity on Section 1983 claim); *Carter v. Denison*, 110 Fed. Appx. 6 (9th Cir. 2004) (reversing denial of officers' qualified immunity on basis that no constitutional violation occurred and exercising jurisdiction over pendent *Monell* claim because issues were inextricably intertwined). "Once the court determines that no constitutional violation occurred the City cannot be liable under *Monell*." *Grant v. City of Los Angeles,* 19 F.3d 27 (1994) (affirming dismissal of Section 1983 claim against municipality for failure to train and supervise where officer was entitled to qualified immunity on the basis that no constitutional violation occurred and holding that the issues were coterminous).

Pursuant to Circuit Rule 3-2, City Defendants' representation statement is attached to this filing.

DATED this 10th day of October, 2022.

      BERKE LAW FIRM, PLLC

      By  *s/Lori V. Berke*
         Lori V. Berke
      Attorneys for Defendants City of Phoenix,
      and Officer Anthony Armour

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

2

Benjamin L. Rundall
Abbie L. Godles
HONOR LAW GROUP, PLLC
4450 S. Rural Road, Suite C-220
Tempe, Arizona 85252
rundall@aztrialattorneys.com

Maxine S. Mak
Angela Lane
Maricopa County Attorney's Office
Civil Services Division
Security Center Building
222 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004
makm@mcao.maricopa.gov
lane01@mcao.maricopa.gov

*s/Laine M. Roberts*

3