# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> City of Phoenix
> Officer Anthony Armour

Name(s) of counsel (if any):
> Lori V. Berke

Address: Berke Law Firm, PLLC, 1601 N. 7th St., Ste. 360, Phoenix, AZ 85006
Telephone number(s): 602-254-8800
Email(s): lori@berkelawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> Frances Salazar

Name(s) of counsel (if any):
> Benjamin L. Rundall
> Abbie L. Godles

Address: Honor Law Group, 4450 S. Rural Rd., Ste. C-220, Tempe, AZ 85282
Telephone number(s): 602-282-0223
Email(s): rundall@honorlawgroup.com; godles@honorlawgroup.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                         1                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*