Abbie L. Godles (No. 036003)
Godles Law
P.O. Box 80332
Phoenix, AZ 85060
(602) 691-6003
abbie@modernlegalsolutions.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Salazar, individually, | Case No. CV-19-01188-PHX-SRB (ESW) |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

    Notice is hereby given that Abbie L. Godles, formerly of Honor Law Group, PLLC, as co-counsel for Plaintiff Frances Salazar, is now an attorney with the law firm Godles Law. All future pleadings, notices, and other communication in this matter should be directed to:

Abbie L. Godles
Godles Law
P.O. Box 80332
Phoenix, Arizona 85060
abbie@modernlegalsolutions.com

    RESPECTFULLY SUBMITTED this 12th day of January, 2024.

                                        **GODLES LAW**

                                        */s/ Abbie L. Godles*
                                        Abbie L. Godles
                                        *Attorneys for Plaintiff*

/ / /

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to All participants in the case who are CM/ECF registrants.

*/s/ ALG*